983 So.2d 925 (2008)
SUCCESSION OF Fannie C. CANNATA c/w Succession of Vincent Cannata c/w Cannata's Supermarket, Inc.
v.
Guy T. CANNATA, Independent Executor of Succession of Vincent Cannata.
No. 2008-CC-0864.
Supreme Court of Louisiana.
June 6, 2008.
In re Cannata, Guy T. et al.;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of St. Mary, 16th Judicial District Court Div. H, Nos. 16729, 17651, 116,957; to the Court of Appeal, First Circuit, No. 2007 CW 1632.
Denied.